Certificate Number: 05781-VAE-DE-041197364

Bankruptcy Case Number: 26-11601



05781-VAE-DE-041197364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 13, 2026, at 5:57 o'clock AM PDT, Carmel Rose Clavin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   July 13, 2026

By:   /s/Allison M Geving

Name:   Allison M Geving

Title:   President